ARMAND A. CIOFFI v. CITY OF NEW YORK et al.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the Corporation Counsel, City of New York, and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record with this court. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY PUGH.— Enlargement of time granted. Concur — Breitel, J. P., Rabin, Stevens, Eager and Steuer, JJ.

## (February 17, 1961)

In the Matter of HERBERT SEVERIN v. ROBERT E. HERMAN, as State Rent Administrator.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 28, 1961, with notice of argument for the April 1961 Term of this court, said appeal to be argued or submitted when reached. The stay contained in the order to show cause, dated February 1, 1961, is continued pending the hearing and determination of the appeal. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

In the Matter of the Arbitration between BERNARD FISHEL and IRVING GARBER.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before March 2, 1961, with notice of argument for March 14, 1961, said appeal to be argued or submitted when reached. The stay contained in the order to show cause, dated February 1, 1961, is continued pending the hearing and determination of the appeal. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.